FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LELAND H. OWENS,<br><br>      Plaintiff,<br><br> v.<br><br>THE GOVERNMENT OF THE UNITED STATES OF AMERICA, and THE WHITE HOUSE,<br><br>      Defendants. | NO. 1:24-CV-3154-TOR<br><br>ORDER OF DISMISSAL |

  BEFORE THE COURT is Plaintiff's Complaint that was filed on September 30, 2024. ECF No. 1. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, this action is dismissed.

  Plaintiff has not paid the filing fee for this case. Plaintiff has alleged no grounds for federal jurisdiction. Plaintiff has not served his Complaint on the Defendants timely or otherwise.

//

//

ORDER OF DISMISSAL ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED:**

2  This action is **DISMISSED** without prejudice for failing to pay the filing

3  fee, failing to allege any federal jurisdiction, and failure to serve the Defendants.

4  The District Court Executive is directed to enter this Order, enter Judgment

5  accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

6  **DATED** December 12, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2